In the Matter of EMMANUEL O. ONUAGULUCHI, an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner.

Submitted July 23, 2007; decided September 18, 2007

Reported below, 36 AD3d 823.

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

---

ZICHRINI OSTER et al., Appellants, v STATE OF NEW YORK et al., Respondents.

Submitted September 4, 2007; decided September 18, 2007

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie (*see* NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL DAVIS, Appellant.

Submitted July 23, 2007; decided September 18, 2007

Reported below, 9 AD3d 468.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed as untimely.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID RIVERA, Appellant.

Submitted September 10, 2007; decided September 18, 2007

Reported below, 38 AD3d 292.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.